IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION.

| | |
|---|---|
| JONATHAN LOUIS LaPOINTE, #268853, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WARDEN BUTLER, et al., )<br>)<br>Defendants. ) | CIVIL ACTION NO. 2:20-CV-672-RAH |

## **ORDER**

On October 14, 2020, the Magistrate Judge entered a Recommendation (Doc. #5) to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. This case is DISMISSED without prejudice for Plaintiff's failure to pay an initial partial filing fee as ordered by this court.

A separate Final Judgment will be entered.

DONE, this 16th day of November, 2020.

                                                  /s/ R. Austin Huffaker, Jr.
                                        R. AUSTIN HUFFAKER, JR.
                                        UNITED STATES DISTRICT JUDGE